FILED

08/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0340

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0340

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

SHAWN THOMAS ANDERSEN,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Kimberly Kurtz is granted an extension of time to and including October 2, 2023, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 31 2023